UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES VANDERWERFF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation; QUINCY BIOSCIENCE, LLC, a limited liability company; PREVAGEN, INC., a corporation d/b/a SUGAR RIVER SUPPLEMENTS; QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.; and MICHAEL BEAMAN, individually as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.<br><br>Defendants. | Case No. 2:17-cv-00784-ES-MAH<br><br>**ORDER TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK** |

THIS MATTER, having been brought before the Court on consent of both parties pursuant to the Joint Stipulation To Transfer Case To The Southern District of New York, and the Court having considered the Joint Stipulation, and good cause having been show, IT IS HEREBY ORDERED as follows:

1. This action is transferred to Judge Louis L. Stanton of the United States District Court for the Southern District of New York for coordination with *Federal Trade Commission,*

1

*et al. v. Quincy Bioscience Holding Company, Inc., et al.*, No. 1:17-cv-00124-LLS (S.D.N.Y.) and *Spath v. Quincy Bioscience, LLC*, 1:19-cv-03521-LLS (S.D.N.Y.).

2. Defendants Beaman and Underwood reserve their arguments that neither the District of New Jersey or the Southern District of New York has personal jurisdiction over them.

_____
Honorable Esther Salas
United States District Judge